IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-03126-WYD-BNB

MARTIN MENZOR,

    Plaintiff,

v.

GTF SERVICES, LLC,

    Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on the parties' Stipulation To Dismiss With Prejudice Pursuant To Settlement [ECF No. 11], filed on March 24, 2014.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation To Dismiss With Prejudice Pursuant To Settlement [ECF No. 11] is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**.

DATED:   March 24, 2014.

                BY THE COURT:

                <u>/s/ Wiley Y. Daniel</u>
                Wiley Y. Daniel
                Senior U.S. District Judge